IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:10-00038-01

NORMAN L. TALLEY

**ORDER**

Pending is defendant Norman Talley's motion to reconsider the Court's previous denial of compassionate release. ECF No. 242. Talley again seeks compassionate release based on his vulnerability to COVID-19. Following a defendant's exhaustion of his or her administrative remedies, a court may reduce the defendant's sentence if the court finds "extraordinary and compelling reasons warrant such a reduction." 18 U.S.C. § 3582(c)(1)(A)(i). Talley claims to have exhausted his administrative rights, but he has not shown an "extraordinary and compelling" reason warrants his release. FCI Milan has a large number of COVID-19 recoveries, but it currently has only three confirmed active cases among inmates. *See COVID-19 Cases*, FEDERAL BUREAU OF PRISONS, https://www.bop.gov/coronavirus/ (last visited July 25, 2020). These statistics lead the Court to conclude the facility is effectively managing the virus in compliance with the Bureau of Prison's modified operations plan. *See BOP Implementing Modified Operations*, BUREAU OF PRISONS, https://www.bop.gov/coronavirus/covid19_status.jsp (last visited July 25, 2020). The Court therefore **DENIES** Talley's motion, ECF No. 242, and **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:   July 27, 2020

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE